UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CALIFORNIA OPTOMETRIC ASSOCIATION, a non-profit corporation, | Case No. 2:20-cv-00466-JAM-EFB |
|---|---|
| Plaintiff, | **ORDER TO TRANSFER** |
| v. | |
| ASSOCIATION CONSULTING GROUP, INC., | |
| Defendant | |

The Court having reviewed and considered the Parties' Stipulation to Transfer Venue, and good cause showing, hereby orders that this Action be transferred from this Court to the United States District Court for the District of Maryland, Northern Division. The Court further Orders the Clerk for the United States District Court for the Eastern District of California to forward all filings in this Action to the Clerk for the United States District Court for the District of Maryland, Northern Division.

**IT IS SO ORDERED.**

Dated:  5/7/2020

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

[PROPOSED] ORDER TO TRANSFER